COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

C.A. #05-11791 JLT

EMILY CHIN,  )
    Plaintiff,  )
  )
V.  )
  )
INTERCONTINENTAL HOTELS GROUP  )
RESOURCES, INC., INTERCONTINENTAL  )
HOTELS GROUP OPERATING CORP.,  )
INTERCONTINENTAL HOTELS GROUP AND  )
MIDLAND HOTEL CORP., dba HOLIDAY  )
INN HOTEL & SUITES,  )
    Defendants  )

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw my appearance on behalf of the defendants, Intercontinental Hotels Group Resources, Inc., Intercontinental Hotels Group Operating Corp., Intercontinental Hotels Group and Midland Hotel Corp. dba Holiday Inn Hotel & Suites, in the above-entitled action.

    Respectfully submitted,

    THE DEFENDANTS,
    By their attorney,

    _____
    Robert Schey, Esq.
    B.B.O. #2479974
    Robert Schey and Associates
    188 West Randolph Street
    Suite 1000
    Chicago, IL 60601
    (312) 263-0057

DATED: October 20, 2005

## CERTIFICATE OF SERVICE

I, Drew M. Elinoff, Esq., attorney for the defendants, hereby certify that on **October 20, 2005** I served a true copy of **Notice of Withdrawal of Appearance** by postage prepaid, first class mail upon:

Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Long Grove, IL 60047

Robert Schey, Esq.
Robert Schey and Associates
188 West Randolph Street, Suite 1000
Chicago, IL 60601

_____
Drew M. Elinoff, Esq.