COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

C.A. #05-11791 JLT

2006 MAR 20 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

EMILY CHIN, )
    Plaintiff, )
)
V. )
)
)
INTERCONTINENTAL HOTELS GROUP )
RESOURCES, INC., INTERCONTINENTAL )
HOTELS GROUP OPERATING CORP., )
INTERCONTINENTAL HOTELS GROUP AND )
MIDLAND HOTEL CORP., dba HOLIDAY )
INN HOTEL & SUITES, )
    Defendants )

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)**

Now come the parties to the above-entitled matter and, by and through counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii), Mass. R. Civ. P., that all claims shall be dismissed with prejudice, without costs and waiving all rights of appeal.

Respectfully submitted,

| THE PLAINTIFF, | THE DEFENDANTS, |
| By her attorney, | By their attorney, |

Laura E. Cohen, Esq.
B.B.O. #
PINZUR, COHEN & KERR, LTD.
4180 RFD Route 83, Suite 208
Long Grove, IL 60047-9582

Drew M. Elinoff, Esq.
B.B.O. #153000
LAW OFFICE OF DREW M. ELINOFF
1382 Pleasant Street
E. Weymouth, MA 02189
(781) 337-2067

DATED: 3-16-06

## CERTIFICATE OF SERVICE

I, Drew M. Elinoff, Esq., attorney for the defendants, hereby certify that on **March 16, 2006** I served a true copy of **Stipulation of Dismissal** by postage prepaid, first class mail upon:

Laura E. Cohen, Esq.
Pinzur, Cohen & Kerr, Ltd.
4180 RFD Route 83
Long Grove, IL 60047

_____
Drew M. Elinoff, Esq.